

| | | | |
|---|---|---|---|
| Com. v. Waid | 436 WDA 2016<br>Affirmed | 11/18/2016 | CP–42–CR–0000621–2010<br>(McKean) |
| Com. v. Judy | 489 WDA 2016<br>Affirmed | 11/18/2016 | CP–65–CR–0003049–2015<br>(Westmoreland) |
| Com. v. King | 509 WDA 2016<br>Affirmed | 11/18/2016 | CP–26–CR–0001201–2015<br>(Fayette) |
| In re Z.J.; Appeal of J.W.J. | 787 WDA 2016<br>Affirmed | 11/18/2016 | CP–02–AP–0000053–2015<br>(Allegheny) |
| Keystone Care v. Grossinger [26] | 1051 EDA 2015<br>Affirmed | 11/21/2016 | No. 06–04049<br>(Montgomery) |
| Com. v. Roane | 1492 EDA 2015<br>Affirmed | 11/21/2016 | CP–51–CR–0015757–2013<br>(Philadelphia) |
| Com. v. King | 1749 EDA 2015<br>Affirmed | 11/21/2016 | CP–39–CR–0004595–2013<br>(Lehigh) |
| Com. v. Mumin | 1960 EDA 2015<br>Affirmed | 11/21/2016 | CP–51–CR–0012875–2009<br>(Philadelphia) |
| Com. v. Evans | 2475 EDA 2015<br>Affirmed | 11/21/2016 | CP–09–CR–0005531–2014<br>(Bucks) |
| Com. v. Keiper | 3261 EDA 2015<br>Affirmed | 11/21/2016 | CP–45–CR–0002596–2013<br>(Monroe) |
| Com. v. Hall | 3726 EDA 2015<br>Affirmed | 11/21/2016 | CP–15–CR–0002984–2007<br>(Chester) |
| Scott v. Berger | 1153 EDA 2016<br>Vacated and<br>Remanded | 11/21/2016 | March Term 2016–002456<br>(Delaware) |
| In re Est. of Luciani | 293 MDA 2016<br>Affirmed | 11/21/2016 | 35–02–683<br>(Lackawanna) |
| Com. v. Faber | 339 MDA 2016<br>Affirmed | 11/21/2016 | CP–40–SA–0000333–2015<br>(Luzerne) |
| Rohe v. Meehan | 344 MDA 2016<br>Affirmed | 11/21/2016 | 2014–CV–00084<br>(Sullivan) |
| Rohe v. Meehan | 353 MDA 2016<br>Affirmed | 11/21/2016 | 2014–CV–00084<br>(Sullivan) |
| Com. v. Jones | 87 WDA 2016<br>Affirmed | 11/21/2016 | CP–02–CR–0014284–2001<br>(Allegheny) |
| Shaffer v. Shaffer | 376 WDA 2016<br>Affirmed | 11/21/2016 | F.C. No. 11–90318–D<br>(Butler) |

26. Petition for reargument denied January 20, 2017.